ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)
Katy K Esquivel. 0159484
MEUERS LAW FIRM
5395 Park Central Ct
Naples. FL 34109

TELEPHONE NO.
(818) 712-4218

FOR COURT USE ONLY

ATTORNEY FOR (Name)   Plaintiff

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose. CA 95113-3008

Ref. No. or File No.
Golden Gate

**FILED**

2008 JUL -3 P 3: 20

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

PLAINTIFF
Inn Foods, Inc

DEFENDANT
FLEMMING. et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | C08 03022JF HRL. |

1. At the time of service I was a citizen of the United States. over 18 years of age and not a party to this action, and I served copies of:
Summons. Civil Case Cover Sheet. Civil Action Complaint. Plaintiff's Rule 7.1 Corporate Disclosure Statement

2. Party Served:          DENISE F. FLEMMING

3. Person Served:         party in item 2

4. Date & Time of Delivery:   7/1/2008          7:35 PM

5. Address, City and State:   1612 Saratoga Circle
                              Salinas. CA 93906-2235

6. Manner of Service:     Personal Service - By personally delivering copies.

**BY FAX**

Fee for Service: $ 64.00

Registered California process server.
County: MONTEREY
Registration No.:112

Charles Lincoln
One Legal - 194-Marin
504 Redwood Blvd #223
Novato. CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/3/2008 at Oakland, California.

Signature: _____   

Charles Lincoln

FF# 6664814