| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Katy K Esquivel, 0159484<br>MEUERS LAW FIRM<br>5395 Park Central Ct<br>Naples, FL 34109 | (818) 712-4218 | |
| ATTORNEY FOR (Name) Plaintiff | Ref. No. or File No.<br>Golden Gate | **FILED**<br>2008 JUL -3 P 3: 20<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |

Insert name of court, judicial district or branch court, if any

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

PLAINTIFF: Inn Foods, Inc

DEFENDANT: FLEMMING, et al

| PROOF OF SERVICE | DATE | TIME | DEPT/DIV | CASE NUMBER |
|---|---|---|---|---|
| | | | | C08 03022JF HRL |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of: Summons, Civil Case Cover Sheet, Civil Action Complaint, Plaintiff's Rule 7.1 Corporate Disclosure Statement

2. Party Served: Charles John Flemming

3. Person Served: party in item 2

a. Left with: Denise Flemming- Co-Occupant

4. Date & Time of Delivery: 7/1/2008    7:35 PM

5. Address, City and State: 1612 Saratoga Circle
Salinas, CA 93906-2235

6. Manner of Service: By leaving the copies with or in the presence of Denise Flemming, a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

**BY FAX**

28.50

Registered California process server.
County: MONTEREY
Registration No.: 112

Charles Lincoln
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/3/2008 at Oakland, California.

Signature: Charles Lincoln

FF# 6664815

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Katy K Esquivel, 0159484<br>MEUERS LAW FIRM<br>5395 Park Central Ct<br>Naples, FL 34109 | (818) 712-4218 | |
| ATTORNEY FOR (Name) Plaintiff | Ref. No. or File No.<br>Golden Gate | FILED<br>2008 JUL -3 P 3 20<br>RICHARD W. WIEKING<br>CLERK<br>U.S. DISTRICT COURT<br>NO. DIST. OF CA. S.J. |
| Insert name of court, judicial district or branch court, if any<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | | |
| PLAINTIFF<br>Inn Foods, Inc | | |
| DEFENDANT<br>FLEMMING, et al | | |

| PROOF OF SERVICE BY MAIL | DATE | TIME | DEPT/DIV | CASE NUMBER<br>C08 03022JF HRL |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On 7/3/2008, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Summons, Civil Case Cover Sheet, Civil Action Complaint, Plaintiff's Rule 7.1 Corporate Disclosure Statement

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, California, addressed as follows:

Charles John Flemming
1612 Saratoga Circle
Salinas, CA 93906-2235

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY FAX**

28.50

Lee Major
Charles Lincoln
One Legal - 194-Marin
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 7/3/2008 at Oakland, California.

_____
Lee Major

FF# 6664815