1  Lawrence H. Meuers, Esq. (SBN 197663)
   **MEUERS LAW FIRM, P.L.**
2  **5395 Park Central Court**
   **Naples, FL 34109-5932**
3  **Telephone: (239)513-9191**
   **Facsimile: (239)513-9677**
4  **lmeuers@meuerslawfirm.com**

5  **Attorneys for Plaintiff**

6

7

8              **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
9                    **SAN JOSE DIVISION**

10                                    | **Case No.: 5:08-cv-03022-JF**
    **INN FOODS, INC.,**              |
11                                    | **NOTICE OF DISMISSAL WITHOUT**
            **Plaintiff,**            | **PREJUDICE OF DEFENDANT DENISE**
12                                    | **E. FLEMMING**
         **vs.**                      |
13                                    |
    **DENISE E. FLEMMING and CHARLES**|
14  **JOHN FLEMMING,**                |
                                      |
15          **Defendants.**           |

16
        The above-captioned Plaintiff, hereby dismisses Defendant Denise E. Flemming
17
    without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.
18
        Respectfully submitted on Thursday, July 17, 2008.
19                                    **MEUERS LAW FIRM, P.L.**

20
                                        _____s/ Lawrence H. Meuers_____
21                                      Lawrence H. Meuers, Esq. (SBN 197663)
                                        Katy Koestner Esquivel, Esq.
22                                      (Florida Bar No. 0159484)
                                        5395 Park Central Court
23                                      Naples, Florida  34109-5932
                                        Telephone: (239) 513-9191
24                                      Facsimile:  (239) 513-9677
                                        lmeuers@meuerslawfirm.com
25                                      kesquivel@meuerslawfirm.com

26                                      *Attorneys for Plaintiff*

27

28

NOTICE OF DISMISSAL                                              Page 1 of 1